UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
PATRICK MULLIGAN, :
:
Plaintiff, :
: 21-CV-1982 (JPC)
-v- :
: ORDER
OZOP ENERGY SOLUTIONS, INC. and BRIAN :
CONWAY, :
:
Defendants. :
---------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

In response to Defendants' pre-motion letter seeking leave to file a motion to dismiss, Dkt. 17, Plaintiff has requested leave to file an amended complaint, Dkt. 18. The Court grants Plaintiff's request. Plaintiff shall file any amended complaint by May 26, 2021. The Court therefore denies Defendants leave to file a motion to dismiss without prejudice.

The initial pretrial conference scheduled for May 24, 2021 at 11:30 a.m. is adjourned to June 7, 2021 at 12:00 p.m. The parties shall submit the joint letter and proposed case management plan in anticipation of this conference, *see* Dkt. 9, by June 1, 2021.

SO ORDERED.

Dated: May 6, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge